No. 14-1805

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v

TIMOTHY SANDERS,

Defendant-Appellant.

On appeal from the United States District Court
For the Eastern District of Michigan

APPELLANT'S APPENDIX TO BRIEF

DEFENDANT-APPELLANT

ORAL ARGUMENT REQUESTED

S. ALLEN EARLY (P13077)
LAW OFFICE OF S. ALLEN EARLY
Attorney for Defendant-Appellant
65 Cadillac Square, Suite 2810
Detroit, Michigan 48226
(313) 962-2320

# TABLE OF CONTENTS

| Description of Item | Record Entry Number | Appendix Page No. |
|---|---|---|
| District Court Docket Sheet, Case No. 12-cr-20218-11 | N/A | 1 |
| Government Exhibit 57 admitted in evidence | N/A | 23 |
| Certification | | |
| Certificate of Service | | |

i

APPEAL,JURY_TRIAL,reassigned

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CRIMINAL DOCKET FOR CASE #: 2:12-cr-20218-SFC-MKM-11

Case title: United States of America v. Green et al

Date Filed: 04/04/2012
Date Terminated: 06/23/2014

Assigned to: District Judge
Sean F. Cox
Referred to: Magistrate
Judge Mona K. Majzoub

### Defendant (11)

**Timothy Michael Sanders**
*TERMINATED: 06/23/2014*
*also known as*
Big Tim
*TERMINATED: 06/23/2014*

represented by

**Federal Defender**
Federal Defender Office
613 Abbott
5th Floor
Detroit, MI 48226
313-967-5542
*TERMINATED: 07/29/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or
Community Defender Appointment*

**S. Allen Early , III**
65 Cadillac Square
Suite 2810
Detroit, MI 48226
313-962-2320
Email:
sallenearly@sallenearly.comcastbiz.net
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

INTERFERENCE WITH
COMMERCE BY THREAT
OR VIOLENCE
(5)

VIOLENT
CRIME/DRUGS/MACHINE
GUN
(6)

INTERFERENCE WITH
COMMERCE BY THREAT
OR VIOLENCE
(7)

VIOLENT
CRIME/DRUGS/MACHINE
GUN
(8)

## Highest Offense Level (Opening)

Felony

## Disposition

IMPRISONMENT: 171 Months on
each count concurrent and consecutive
to 12-8256-01-FC; SUPERVISED
RELEASE: 3 Years; ASSESSMENT:
$200

## Terminated Counts

None

## Highest Offense Level (Terminated)

None

## Disposition

## Complaints

None

## Disposition

## Plaintiff

**United States of America**    represented by **Kenneth R. Chadwell**    3
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9100
Email: ken.chadwell@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

**Steven P. Cares**
U.S. Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226
313-226-9139
Email: steven.cares@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2013 | 117 | ORDER WITH MOTION to Seal Fourth Superseding Indictment and Arrest Warrants as to Timothy Ivory Carpenter, Sedric Charles Bell-Gill, Timothy Michael Sanders, Patrick Heard. Signed by Magistrate Judge Mark A. Randon. (KKra) (Entered: 07/11/2013) |
| 07/10/2013 | 118 | ORDER WITH MOTION to Unseal Fourth Superseding Indictment and Arrest Warrants as to Timothy Ivory Carpenter, Sedric Charles Bell-Gill, Timothy Michael Sanders, Patrick Heard. Signed by Magistrate Judge Laurie J. Michelson. (KKra) (Entered: 07/11/2013) |
| 07/10/2013 | 119 | FOURTH SUPERSEDING INDICTMENT as to Timothy Ivory Carpenter (4) count(s) 1sss, 2sss, 3sss, 4sss, 7sss, 8sss, 9sss, 10sss, 11sss, 12sss, 13sss, 14sss, Sedric Charles Bell-Gill (10) count(s) 3, 4, 11, 12, Timothy Michael Sanders (11) count(s) 5, 6, 7, 8, Patrick Heard (12) count(s) 13, 14, 15, 16. (KKra) (Entered: 07/11/2013) |

| | | |
|---|---|---|
| 07/10/2013 | 123 | ORDER with Petition for Writ of Habeas Corpus ad Prosequendum Issued against Timothy Michael Sanders for 7/24/13 Signed by Magistrate Judge Laurie J. Michelson. (KKra) (Entered: 07/11/2013) |
| 07/24/2013 | | Minute Entry for proceedings held before Magistrate Judge R. Steven Whalen: Initial Appearance as to Timothy Michael Sanders. **Detention Hearing and Arraignment set for 7/26/2013 01:00 PM before Honorable Unassigned**. Disposition: Defendant Ordered Temporarily Detained.(Court Reporter: Ron DiBartolomeo) (Defendant Attorney: Miriam Seifer) (AUSA: John Neal) (MWil) (Entered: 07/24/2013) |
| 07/24/2013 | 134 | ORDER APPOINTING FEDERAL DEFENDER as to Timothy Michael Sanders. Signed by Magistrate Judge R. Steven Whalen. (DTyl) (Entered: 07/25/2013) |
| 07/26/2013 | 135 | ATTORNEY APPEARANCE: S. Allen Early, III appearing for Timothy Michael Sanders . (Early, S.) (Entered: 07/26/2013) |
| 07/26/2013 | | Minute Entry for proceedings held before Magistrate Judge Mark A. Randon: Arraignment as to Timothy Michael Sanders (11) Count 5,6,7,8 held on 7/26/2013 Disposition: Plea of Not Guilty Entered. Defendant Consented to Detention.(Court Reporter: Joan Morgan) (Defendant Attorney: S. Allen Early) (AUSA: Ken Chadwell) (MWil) (Entered: 07/28/2013) |
| 07/26/2013 | 139 | ACKNOWLEDGMENT of Fourth Superseding Indictment by Timothy Michael Sanders. (DWor) (Entered: 07/29/2013) |
| 07/29/2013 | 145 | CJA 20 as to Timothy Michael Sanders: Appointment of Attorney S. Allen Early, III, in place of Federal Defender. (DWor) (Entered: 08/06/2013) |
| 08/01/2013 | 141 | NOTICE TO APPEAR as to Timothy Michael Sanders, **Plea Hearing set for 8/29/2013 10:30 AM before District Judge Lawrence P. Zatkoff IN PORT HURON Plea due by 8/29/2013** (MVer) (Entered: 08/01/2013) |
| 08/02/2013 | 143 | REQUEST *and Memorandum for Compliance with Standing Order for Discovery* by Timothy Michael Sanders. (Early, S.) (Entered: 08/02/2013) |
| 08/02/2013 | 144 | NOTICE *of Reservation of Right to Object to Foundation for* |

4

| | | |
|---|---|---|
| | | *Exhibits, Chain of Custody and Scientific Analysis* by Timothy Michael Sanders (Early, S.) (Entered: 08/02/2013) |
| 08/13/2013 | 148 | MOTION to Adjourn *Final Pre-Trial Conference* by Timothy Michael Sanders. (Early, S.) (Entered: 08/13/2013) |
| 08/16/2013 | 150 | DISCOVERY NOTICE by United States of America as to Timothy Michael Sanders (Chadwell, Kenneth) (Entered: 08/16/2013) |
| 08/26/2013 | 151 | ORDER TO CONTINUE - Ends of Justice as to Timothy Michael Sanders Time excluded from 8/29/2013 until 9/19/2013. **Plea Hearing set for 9/19/2013 10:30 AM before District Judge Lawrence P. Zatkoff Plea due by 9/19/2013** Signed by District Judge Lawrence P. Zatkoff. (MVer) (Entered: 08/26/2013) |
| 09/09/2013 | 154 | Warrant for Arrest Returned Executed as to Timothy Michael Sanders. (PMil) (Entered: 09/09/2013) |
| 09/17/2013 | 155 | ORDER TO CONTINUE - Ends of Justice as to Timothy Michael Sanders Time excluded from 9/19/2013 until 10/3/2013. **Plea Hearing set for 10/3/2013 10:30 AM before District Judge Lawrence P. Zatkoff Plea due by 10/3/2013** Signed by District Judge Lawrence P. Zatkoff. (MVer) (Entered: 09/17/2013) |
| 09/26/2013 | | TEXT-ONLY NOTICE: Hearing on 10/3/2013 is Cancelled re 155 Order to Continue - Ends of Justice, as to Timothy Michael Sanders (MVer) (Entered: 09/26/2013) |
| 10/11/2013 | 159 | MOTION The United States' Combined Brief and Motion to Schedule Defendant Timothy Sanders for a Joint Trial and to Determine Excludable Delay under the Speedy Trial Act by United States of America as to Timothy Michael Sanders. (Chadwell, Kenneth) (Entered: 10/11/2013) |
| 10/21/2013 | 164 | ORDER granting 159 Motion to Schedule Defendant Sanders for a Joint Trial and to Detemine Excludable Delay as to Timothy Michael Sanders (11). Signed by District Judge Lawrence P. Zatkoff. (MVer) (Entered: 10/21/2013) |
| 10/21/2013 | 165 | ORDER TO CONTINUE - Ends of Justice as to Timothy Michael Sanders Time excluded from 10/3/2013 until 12/3/2013. |

| | | |
|---|---|---|
| | | Signed by District Judge Lawrence P. Zatkoff. (MVer) (Entered: 10/21/2013) |
| 10/22/2013 | 169 | ORDER REASSIGNING DEFENDANT Timothy Ivory Carpenter, Jesse Gordon Dismukes, Jr., Timothy Michael Sanders, and Patrick Heard from District Judge Lawrence P. Zatkoff to District Judge Sean F. Cox Signed by District Judge Gerald E. Rosen. (SSch) (Entered: 10/22/2013) |
| 10/23/2013 | 171 | NOTICE TO APPEAR as to Timothy Ivory Carpenter, Sedric Charles Bell-Gill, Timothy Michael Sanders, Patrick Heard, **Status Conference set for 10/28/2013 11:00 AM before District Judge Sean F. Cox** (JMcC) (Entered: 10/23/2013) |
| 10/24/2013 | 172 | JOINDER in 116 MOTION to Dismiss *the Third Superseding Indictment* filed by Timothy Ivory Carpenter by Timothy Michael Sanders as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Early, S.) (Entered: 10/24/2013) |
| 10/24/2013 | 173 | CORRECTED NOTICE TO APPEAR as to Timothy Ivory Carpenter, Sedric Charles Bell-Gill, Timothy Michael Sanders, Patrick Heard, **Status Conference set for 10/28/2013 11:00 AM before District Judge Sean F. Cox** (JMcC) (Entered: 10/24/2013) |
| 10/25/2013 | 174 | Amended JOINDER in 172 JOINDER in 116 MOTION to Dismiss *the Third Superseding Indictment* filed by Timothy Ivory Carpenter filed by Timothy Michael Sanders by Timothy Michael Sanders as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Early, S.) (Entered: 10/25/2013) |
| 10/28/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Status Conference as to Timothy Ivory Carpenter, Sedric Charles Bell-Gill, Timothy Michael Sanders, Patrick Heard held on 10/28/2013 (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz, David Lee and John Brusstar, S. Allen Early, Lawrence Bunting) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 10/28/2013) |
| 10/28/2013 | 180 | MEMORANDUM OF STATUS CONFERENCE AND ORDER as to Timothy Ivory Carpenter, Sedric Charles Bell-Gill, Timothy Michael Sanders, Patrick Heard (**Plea Cutoff/Hearing as to Defendants Sedrick Bell-Gill, Timothy Michael Sanders and** |

| | | |
|---|---|---|
| | | **Patrick Heard set for 11/8/2013 09:30 AM before District Judge Sean F. Cox, Jury Trial set for 12/3/2013 08:30 AM before District Judge Sean F. Cox**) Signed by District Judge Sean F. Cox. (JMcC) (Entered: 10/28/2013) |
| 10/28/2013 | 181 | ORDER REGARDING TRIAL as to Timothy Ivory Carpenter, Sedric Charles Bell-Gill, Timothy Michael Sanders, Patrick Heard Signed by District Judge Sean F. Cox. (JMcC) (Main Document 181 replaced on 10/29/2013) (JMcC). (Entered: 10/28/2013) |
| 10/28/2013 | 182 | ORDER Denying as Untimely 172 Joinder to Motion as to Timothy Michael Sanders (11); denying 174 Joinder to Motion as to Timothy Michael Sanders (11). Signed by District Judge Sean F. Cox. (JMcC) (Entered: 10/28/2013) |
| 11/08/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Plea Hearing as to Timothy Michael Sanders held on 11/8/2013. Disposition: No Plea Entered - Defendant to Proceed to Trial (Court Reporter: Marie Metcalf) (Defendant Attorney: S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 11/08/2013) |
| 11/13/2013 | 187 | MOTION to Allow Firearm as Exhibit by United States of America as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Chadwell, Kenneth) (Entered: 11/13/2013) |
| 11/19/2013 | 192 | ORDER Permitting Certain Firearms to be Brought into Courthouse re 187 Motion to Allow Firearm as Exhibit as to Timothy Ivory Carpenter (4), Timothy Michael Sanders (11). Signed by District Judge Sean F. Cox. (JMcC) (Entered: 11/19/2013) |
| 11/21/2013 | 193 | Proposed Jury Instructions by United States of America as to Timothy Ivory Carpenter, Timothy Michael Sanders (Chadwell, Kenneth) (Entered: 11/21/2013) |
| 11/21/2013 | 194 | Proposed Voir Dire by United States of America as to Timothy Ivory Carpenter, Timothy Michael Sanders (Chadwell, Kenneth) (Entered: 11/21/2013) |
| 11/21/2013 | 196 | MOTION in Limine *to Suppress Cell Phone Data* by Timothy Michael Sanders. (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit Exhibit A - 2703 Order) (Early, S.) |

| | | (Entered: 11/21/2013) 8 |
|---|---|---|
| 11/21/2013 | 197 | Proposed Voir Dire by Timothy Michael Sanders (Early, S.) (Entered: 11/21/2013) |
| 11/22/2013 | 199 | MOTION in Limine *to Exclude Certain Specified Evidence and Combined Brief* by Timothy Michael Sanders. (Early, S.) (Entered: 11/22/2013) |
| 11/22/2013 | 200 | TRIAL BRIEF by United States of America as to Timothy Ivory Carpenter, Timothy Michael Sanders (Chadwell, Kenneth) (Entered: 11/22/2013) |
| 11/22/2013 | 201 | EXHIBIT LIST by United States of America as to Timothy Ivory Carpenter, Timothy Michael Sanders (Chadwell, Kenneth) (Entered: 11/22/2013) |
| 11/22/2013 | 202 | TRIAL BRIEF by Timothy Michael Sanders (Early, S.) (Entered: 11/22/2013) |
| 11/22/2013 | 205 | Proposed Jury Instructions by Timothy Michael Sanders (Early, S.) (Entered: 11/22/2013) |
| 11/22/2013 | 206 | OBJECTION to by Timothy Michael Sanders *to Verdict Form* (Early, S.) (Entered: 11/22/2013) |
| 11/22/2013 | 207 | MOTION Court Order to Marshal Service to Retrieve Defendant's Belongings by Timothy Michael Sanders. (Early, S.) (Entered: 11/22/2013) |
| 11/22/2013 | 208 | EXHIBIT LIST by Timothy Michael Sanders (Early, S.) (Entered: 11/22/2013) |
| 11/22/2013 | 210 | NOTICE of Joinder/Concurrence in 206 Objection filed by Timothy Michael Sanders, 208 Exhibit List filed by Timothy Michael Sanders by Timothy Ivory Carpenter as to Timothy Ivory Carpenter, Timothy Michael Sanders (Gurewitz, Harold) (Entered: 11/22/2013) |
| 11/25/2013 | 214 | NOTICE of Joinder/Concurrence in 196 MOTION in Limine *to Suppress Cell Phone Data* filed by Timothy Michael Sanders, 199 MOTION in Limine *to Exclude Certain Specified Evidence and Combined Brief* filed by Timothy Michael Sanders by Timothy Ivory Carpenter as to Timothy Ivory Carpenter, Timothy Michael Sanders (Gurewitz, Harold) (Entered: |

| | | 11/25/2013) | | 9 |
|---|---|---|---|---|

| 11/26/2013 | 215 | JOINDER in 211 MOTION in Limine *to Exclude Lay & Expert Testimony* filed by Timothy Ivory Carpenter by Timothy Michael Sanders as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Early, S.) (Entered: 11/26/2013) |
|---|---|---|
| 11/26/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Status Conference as to Timothy Ivory Carpenter, Timothy Michael Sanders held on 11/26/2013 (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz and S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 11/27/2013) |
| 11/27/2013 | 218 | ORDER as to Timothy Ivory Carpenter, Timothy Michael Sanders re 211 MOTION in Limine *to Exclude Lay & Expert Testimony* filed by Timothy Ivory Carpenter, 196 MOTION in Limine *to Suppress Cell Phone Data* filed by Timothy Michael Sanders, 199 MOTION in Limine *to Exclude Certain Specified Evidence and Combined Brief* filed by Timothy Michael Sanders, 203 MOTION in Limine *Pursuant to FRE 401, 403, and 404(b)* filed by Timothy Ivory Carpenter, (**Responses due by 5:00 p.m. on 12/2/2013, Motion Hearing re 199 MOTION in Limine *to Exclude Certain Specified Evidence set for 12/3/2013 08:30 AM before District Judge Sean F. Cox*)** Signed by District Judge Sean F. Cox. (JMcC) (Entered: 11/27/2013) |
| 11/27/2013 | 219 | ORDER re Personal Effects as to Timothy Michael Sanders re 207 MOTION Court Order to Marshal Service to Retrieve Defendant's Belongings filed by Timothy Michael Sanders. Signed by District Judge Sean F. Cox. (JMcC) (Entered: 11/27/2013) |
| 12/02/2013 | 220 | ORDER REGARDING MOTIONS as to Timothy Ivory Carpenter, Timothy Michael Sanders Signed by District Judge Sean F. Cox. (JMcC) (Entered: 12/02/2013) |
| 12/02/2013 | 221 | RESPONSE by United States of America as to Timothy Ivory Carpenter, Timothy Michael Sanders re 211 MOTION in Limine *to Exclude Lay & Expert Testimony*, 199 MOTION in Limine *to Exclude Certain Specified Evidence and Combined Brief*, 196 MOTION in Limine *to Suppress Cell Phone Data*, 203 MOTION in Limine *Pursuant to FRE 401, 403, and 404(b)* (Attachments: # |

**1** Index of Exhibits, # **2** Exhibit A, # **3** Exhibit B, # **4** Exhibit C, # **5** Exhibit D, # **6** Exhibit E, # **7** Exhibit F) (Chadwell, Kenneth) (Entered: 12/02/2013)

| | | |
|---|---|---|
| 12/03/2013 | 222 | ORDER re Reply Briefs as to Timothy Ivory Carpenter, Timothy Michael Sanders re 211 MOTION in Limine *to Exclude Lay & Expert Testimony* filed by Timothy Ivory Carpenter, 196 MOTION in Limine *to Suppress Cell Phone Data* filed by Timothy Michael Sanders. **(Replies due by 11:30 pm on 12/3/2013)** Signed by District Judge Sean F. Cox. (JMcC) (Entered: 12/03/2013) |
| 12/03/2013 | 223 | REPLY TO RESPONSE by Timothy Ivory Carpenter as to Timothy Ivory Carpenter, Timothy Michael Sanders re 196 MOTION in Limine *to Suppress Cell Phone Data* (Gurewitz, Harold) (Entered: 12/03/2013) |
| 12/03/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Voir Dire Begun and Concluded and Jury Impaneled on 12/3/2013 as to Timothy Ivory Carpenter (4) on Count 1sss,2sss,3sss,4sss,7sss,8sss,9sss,10sss,11sss,12sss,13sss,14sss and Timothy Michael Sanders (11) on Count 5,6,7,8 **Jury Trial set for 12/5/2013 08:30 AM before District Judge Sean F. Cox** (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewtiz, Jason Eggert and S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 12/04/2013) |
| 12/03/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Motion Hearing as to Timothy Ivory Carpenter, Timothy Michael Sanders held on 12/3/2013 re 199 MOTION in Limine *to Exclude Certain Specified Evidence and Combined Brief* filed by Timothy Michael Sanders Disposition: Resolved in Part by Parties. Stipulation to be submitted. (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz, Jason Eggert and S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 12/04/2013) |
| 12/04/2013 | | Set Deadlines re Motions in case as to Timothy Ivory Carpenter, Timothy Michael Sanders 211 MOTION in Limine *to Exclude Lay & Expert Testimony*, 196 MOTION in Limine *to Suppress Cell Phone Data*. **Motion Hearing set for 12/6/2013 02:00 PM before District Judge Sean F. Cox** (JMcC) (Entered: |

| 12/04/2013 | 224 | NOTICE of Joinder/Concurrence in 223 Reply to Response to Motion filed by Timothy Ivory Carpenter by Timothy Michael Sanders as to Timothy Ivory Carpenter, Timothy Michael Sanders (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit Exhibit A - Application and Order regarding (313) 578-8507) (Early, S.) (Entered: 12/04/2013) |
|---|---|---|
| 12/04/2013 | 225 | STIPULATION by United States of America as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Chadwell, Kenneth) (Entered: 12/04/2013) |
| 12/05/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Jury Trial Begun and Continued as to Timothy Ivory Carpenter, Timothy Michael Sanders on 12/5/2013. **Jury Trial set for 12/6/2013 08:30 AM before District Judge Sean F. Cox** (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz, Jason Eggert and S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 12/05/2013) |
| 12/06/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Jury Trial Held and Continued as to Timothy Ivory Carpenter, Timothy Michael Sanders on 12/6/2013. **Jury Trial set for 12/9/2013 08:30 AM before District Judge Sean F. Cox** (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz, Jason Eggert and S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 12/06/2013) |
| 12/06/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Motion Hearing as to Timothy Ivory Carpenter, Timothy Michael Sanders held on 12/6/2013 re 211 MOTION in Limine *to Exclude Lay & Expert Testimony* filed by Timothy Ivory Carpenter, 196 MOTION in Limine *to Suppress Cell Phone Data* filed by Timothy Michael Sanders Disposition: Taken Under Advisement (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz and S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 12/06/2013) |
| 12/06/2013 | | TEXT-ONLY ORDER as to Timothy Ivory Carpenter, Timothy Michael Sanders GRANTING 199 MOTION in Limine *to Exclude Certain Specified Evidence and Combined Brief* filed by Timothy Michael Sanders, GRANTING Unopposed Motion re |

| | | |
|---|---|---|
| | | 203 MOTION in Limine *Pursuant to FRE 401, 403, and 404(b)* filed by Timothy Ivory Carpenter. Signed by District Judge Sean F. Cox. (JMcC) (Entered: 12/06/2013) |
| 12/06/2013 | <u>227</u> | ORDER Denying Without Prejudice 211 Motion in Limine as to Timothy Ivory Carpenter (4); Denying <u>196</u> Motion in Limine as to Timothy Michael Sanders (11). Signed by District Judge Sean F. Cox. (JMcC) (Entered: 12/06/2013) |
| 12/09/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Jury Trial Held and Continued as to Timothy Ivory Carpenter, Timothy Michael Sanders on 12/9/2013. **Jury Trial set for 12/10/2013 08:30 AM before District Judge Sean F. Cox** (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz, Jason Eggert and S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 12/09/2013) |
| 12/10/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Jury Trial Held and Continued as to Timothy Ivory Carpenter, Timothy Michael Sanders on 12/10/2013. **Jury Trial set for 12/11/2013 08:30 AM before District Judge Sean F. Cox** (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz, Jason Eggert and S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 12/10/2013) |
| 12/11/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Jury Trial Held and Continued as to Timothy Ivory Carpenter, Timothy Michael Sanders on 12/11/2013. **Jury Trial set for 12/12/2013 08:30 AM before District Judge Sean F. Cox** (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz Jason Eggert and S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 12/11/2013) |
| 12/11/2013 | <u>232</u> | ORDER Regarding Motions as to Timothy Ivory Carpenter, Timothy Michael Sanders. **(Written Motions due by 8:00 p.m. on 12/11/2013, Responses due by 12:00 p.m. on 12/13/2013.** ) Signed by District Judge Sean F. Cox. (JMcC) (Entered: 12/11/2013) |
| 12/11/2013 | <u>233</u> | JOINDER in 229 MOTION for Mistrial filed by Timothy Ivory Carpenter by Timothy Michael Sanders as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Early, S.) (Entered: 12/11/2013) |

| 12/12/2013 | 234 | ORDER Regarding Briefing re 229 Motion for Mistrial, 233 Joinder in Motion for Mistrial as to Timothy Ivory Carpenter, Timothy Michael Sanders. (**Additional Motions or Supplemental Briefs due by 8:00 p.m. on 12/12/2013, Response due by 8:00 a.m. on 12/16/2013**) Signed by District Judge Sean F. Cox. (JMcC) (Entered: 12/12/2013) |
|---|---|---|
| 12/12/2013 | 235 | MOTION for Judgment of Acquittal by Timothy Michael Sanders. (Early, S.) (Entered: 12/12/2013) |
| 12/12/2013 | 236 | MOTION to Sever *and Mistrial and Supplemental Brief Regarding Motion for Severance and Mistrial and Combine Brief* by Timothy Michael Sanders. (Early, S.) (Entered: 12/12/2013) |
| 12/12/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Jury Trial Held and Continued as to Timothy Ivory Carpenter, Timothy Michael Sanders on 12/12/2013. **Jury Trial set for 12/13/2013 08:30 AM before District Judge Sean F. Cox** (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz, Jason Eggert and S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 12/13/2013) |
| 12/13/2013 | 240 | ORDER Regarding Rule 29 Motions for Acquittal as to Timothy Ivory Carpenter, Timothy Michael Sanders. (**Motions/Supplements due by 11:30 p.m. on 12/14/2013, Response due by 11:30 p.m. on 12/16/2013**) Signed by District Judge Sean F. Cox. (JMcC) (Entered: 12/13/2013) |
| 12/13/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Jury Trial Held and Continued as to Timothy Ivory Carpenter, Timothy Michael Sanders on 12/13/2013. **Jury Trial set for 12/16/2013 09:00 AM before District Judge Sean F. Cox** (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz, Jason Eggert and S. Allen Early) (AUSA: Kennth Chadwell) (JMcC) (Entered: 12/13/2013) |
| 12/14/2013 | 241 | Renewed MOTION for Judgment of Acquittal *and Defendant Timothy Sanders Supplemental Memorandum in Support Of Rule 29 Motion and Joinder in Co-Defendant Carpenters Rule 29 Motion and/or Supplement to Rule 29 Motion* by Timothy Michael Sanders. (Early, S.) (Entered: 12/14/2013) |

| | | |
|---|---|---|
| 12/16/2013 | 243 | RESPONSE by United States of America as to Timothy Ivory Carpenter, Timothy Michael Sanders re 236 MOTION to Sever *and Mistrial and Supplemental Brief Regarding Motion for Severance and Mistrial and Combine Brief* (Chadwell, Kenneth) (Entered: 12/16/2013) |
| 12/16/2013 | 244 | RESPONSE by United States of America as to Timothy Ivory Carpenter, Timothy Michael Sanders re 242 MOTION for Judgment of Acquittal , 241 Renewed MOTION for Judgment of Acquittal *and Defendant Timothy Sanders Supplemental Memorandum in Support Of Rule 29 Motion and Joinder in Co-Defendant Carpenters Rule 29 Motion and/or Supplement to Rule 29 Motion,* 235 MOTION for Judgment of Acquittal (Chadwell, Kenneth) (Entered: 12/16/2013) |
| 12/16/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Jury Trial Held and Continued as to Timothy Ivory Carpenter, Timothy Michael Sanders on 12/16/2013. Jury Deliberation also held. **Jury Trial set for 12/17/2013 09:00 AM before District Judge Sean F. Cox** (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz, Jason Eggert and S. Allen Early) (AUSA: Kennth Chadwell) (JMcC) (Entered: 12/17/2013) |
| 12/16/2013 | 246 | Jury Instructions as to Timothy Ivory Carpenter, Timothy Michael Sanders (PMil) (Entered: 12/19/2013) |
| 12/17/2013 | 245 | OPINION AND ORDER Denying 229 Motion for Mistrial as to Timothy Ivory Carpenter (4); Denying 236 Motion to Sever and for Mistrial as to Timothy Michael Sanders (11). Signed by District Judge Sean F. Cox. (JMcC) (Entered: 12/17/2013) |
| 12/17/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Jury Deliberations Held as to Timothy Ivory Carpenter, Timothy Michael Sanders on 12/17/2013. **Jury Deliberations Continued to 12/18/2013 09:00 AM before District Judge Sean F. Cox** (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz and S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 12/18/2013) |
| 12/18/2013 | | Minute Entry for proceedings held before District Judge Sean F. Cox: Jury Trial Held and Completed as to Timothy Ivory Carpenter, Timothy Michael Sanders on 12/18/2013. Jury |

15

| | | |
|---|---|---|
| | | Deliberation also held. JURY VERDICT as to Timothy Ivory Carpenter (4) Guilty on Count 1sss,3sss,4sss,7sss,8sss,9sss,10sss,11sss,12sss,13sss,14sss and Timothy Michael Sanders (11) Guilty on Count 5,7. Timothy Ivory Carpenter (4) Not Guilty on Count 2sss and Timothy Michael Sanders (11) Not Guilty on Count 6,8. (Court Reporter: Marie Metcalf) (Defendant Attorney: Harold Gurewitz and S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 12/19/2013) |
| 12/18/2013 | | Set Deadlines/Hearings as to Timothy Michael Sanders: **Sentencing set for 4/16/2014 03:00 PM before District Judge Sean F. Cox** (JMcC) (Entered: 12/19/2013) |
| 12/18/2013 | 247 | Jury Verdict Form as to Timothy Ivory Carpenter, Timothy Michael Sanders (PMil) Modified on 12/19/2013 (PMil).[JURY VERDICT FORM IS AS TO TIMOTHY MICHAEL SANDERS ONLY] (Entered: 12/19/2013) |
| 12/19/2013 | 251 | OPINION AND ORDER denying 242 Motion for Acquittal as to Timothy Ivory Carpenter (4); denying 235 Motion for Acquittal, 241 Renewed Motion for Acquittal as to Timothy Michael Sanders (11). Signed by District Judge Sean F. Cox. (JMcC) (Entered: 12/19/2013) |
| 12/27/2013 | 256 | MOTION for Judgment of Acquittal *as to Count 7* by Timothy Michael Sanders. (Early, S.) (Entered: 12/27/2013) |
| 12/30/2013 | 257 | ORDER denying 256 Motion for Acquittal as to Timothy Michael Sanders (11). Signed by District Judge Sean F. Cox. (JMcC) (Entered: 12/30/2013) |
| 01/09/2014 | 259 | ORDER REASSIGNING CASE from District Judge Lawrence P. Zatkoff to District Judge Sean F. Cox Signed by District Judge Gerald E. Rosen. (SSch) (Entered: 01/09/2014) |
| 02/14/2014 | 280 | MOTION to Adjourn *Due Date for Objections to PSI Report* by Timothy Michael Sanders. (Early, S.) (Entered: 02/14/2014) |
| 02/18/2014 | | TEXT-ONLY ORDER GRANTING as to Timothy Michael Sanders re 280 MOTION to Adjourn *Due Date for Objections to PSI Report* filed by Timothy Michael Sanders. Objections due by 2/21/2014. Signed by District Judge Sean F. Cox. (JMcC) |

(Entered: 02/18/2014)                                                                                16

| 04/01/2014 | 294 | SENTENCING MEMORANDUM by Timothy Michael Sanders (Attachments: # 1 Index of Exhibits Index of Exhibits, # 2 Exhibit Exhibit A United Sates of America v Rahshone Burnett, Memorandum Opinion and Order) (Early, S.) (Entered: 04/01/2014) |
|---|---|---|
| 04/01/2014 | 295 | MOTION for downward departure *Regarding Criminal History Category* by Timothy Michael Sanders. (Early, S.) (Entered: 04/01/2014) |
| 04/08/2014 | 297 | ORDER with Petition for Writ of Habeas Corpus ad Prosequendum Issued against Timothy Michael Sanders for 4/16/14 Signed by Magistrate Judge Mona K. Majzoub. (KKra) (Entered: 04/09/2014) |
| 04/15/2014 |  | Reset Deadlines/Hearings as to Timothy Michael Sanders: **Sentencing reset for 5/28/2014 02:30 PM before District Judge Sean F. Cox.** US Marshals unable to get Defendant to Court by 4/16/2014. (JMcC) (Entered: 04/15/2014) |
| 04/15/2014 | 300 | ORDER with Petition for Writ of Habeas Corpus ad Prosequendum Issued against Timothy Michael Sanders for 5/28/14 Signed by Magistrate Judge David R. Grand. (KKra) (Entered: 04/16/2014) |
| 05/22/2014 |  | Set/Reset Deadlines/Hearings as to Timothy Michael Sanders: **Sentencing reset for 6/11/2014 03:00 PM before District Judge Sean F. Cox** (JMcC) (Entered: 05/22/2014) |
| 06/11/2014 |  | Minute Entry for proceedings held before District Judge Sean F. Cox: Sentencing held as to Timothy Michael Sanders. (Court Reporter: Marie Metcalf) (Defendant Attorney: S. Allen Early) (AUSA: Kenneth Chadwell) (JMcC) (Entered: 06/11/2014) |
| 06/23/2014 | 308 | NOTICE OF APPEAL by Timothy Michael Sanders. Fee Status: No Fee Paid. (Early, S.) (Entered: 06/23/2014) |
| 06/23/2014 | 314 | Certificate of Service re 308 Notice of Appeal as to Timothy Michael Sanders. (TMcg) (Entered: 06/23/2014) |
| 06/23/2014 | 315 | JUDGMENT as to Timothy Michael Sanders. Signed by District Judge Sean F. Cox. (SSch) (Entered: 06/24/2014) |

| 07/24/2014 | | Court Reporter Acknowledgment of Transcript Order Form received on 7/17/2014 as to Timothy Michael Sanders. Transcript for court proceeding held on: 10/2813, 11/26/13, 12/6/13, 12/5/13, 12/6/13, 12/10/13, 12/11/13, 12/12/13, 12/16/13, 12/17/13, 12/18/13, 6/11/14. Estimated transcript completion date: 9/2/13. Estimated number of pages: 1900. Payment arrangements were made on 7/17/14. (Metcalf, M) (Entered: 07/24/2014) |
|---|---|---|
| 09/11/2014 | 322 | TRANSCRIPT of Status Conference held on 10/28/2013 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 12) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/2/2014. Redacted Transcript Deadline set for 10/14/2014. Release of Transcript Restriction set for 12/10/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 09/11/2014) |
| 09/11/2014 | 323 | TRANSCRIPT of Status Conference held on 11/26/2013 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 8) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/2/2014. Redacted Transcript Deadline set for 10/14/2014. Release of Transcript Restriction set for 12/10/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 09/11/2014) |
| 09/11/2014 | 324 | SEALED VOIR DIRE TRANSCRIPT held on 12/03/2013 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber: Marie Metcalf) (Number of Pages: 244) (Appeal Purposes) Attorneys of record may purchase a copy of the transcript from the Court Reporter/Transcriber. (Metcalf, M) (Entered: 09/11/2014) |
| 09/11/2014 | 325 | TRANSCRIPT of Jury Trial - Volume One - held on 12/05/2013 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 152) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/2/2014. Redacted Transcript Deadline set for 10/14/2014. Release of Transcript Restriction set for 12/10/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) [DOCKET TEXT CORRECTED, SEE NOTICE OF CORRECTION FILED 9/12/2014] Modified on 9/12/2014 (JMcC). (Entered: 09/11/2014) |
| 09/11/2014 | 326 | TRANSCRIPT of Jury Trial - Volume Two - held on 12/06/2013 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 162) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/2/2014. Redacted Transcript Deadline set for 10/14/2014. Release of Transcript Restriction set for 12/10/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 09/11/2014) |
| 09/11/2014 | 327 | TRANSCRIPT of Jury Trial - Volume Three - held on 12/09/2013 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 143) (Appeal Purposes) The parties have 21 days to file |

with the court and Court Reporter/Transcriber a Redaction[19] Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/2/2014. Redacted Transcript Deadline set for 10/14/2014. Release of Transcript Restriction set for 12/10/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 09/11/2014)

| 09/11/2014 | 328 | TRANSCRIPT of Jury Trial - Volume Four - held on 12/10/2013 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 173) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/2/2014. Redacted Transcript Deadline set for 10/14/2014. Release of Transcript Restriction set for 12/10/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 09/11/2014) |
| 09/11/2014 | 329 | TRANSCRIPT of Jury Trial - Volume Five - held on 12/11/2014 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 165) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/2/2014. Redacted Transcript Deadline set for 10/14/2014. Release of Transcript Restriction set for 12/10/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 09/11/2014) |

| 09/11/2014 | 330 | TRANSCRIPT of Jury Trial - Volume Six - held on 12/12/2013 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 163) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/2/2014. Redacted Transcript Deadline set for 10/14/2014. Release of Transcript Restriction set for 12/10/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 09/11/2014) |
|---|---|---|
| 09/12/2014 | 331 | NOTICE of Correction re 325 Transcript as to Timothy Ivory Carpenter, Timothy Michael Sanders. (JMcC) (Entered: 09/12/2014) |
| 09/12/2014 | 332 | TRANSCRIPT of Jury Trial - Volume Seven - held on 12/13/2014 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 196) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/3/2014. Redacted Transcript Deadline set for 10/14/2014. Release of Transcript Restriction set for 12/11/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 09/12/2014) |
| 09/17/2014 | 333 | TRANSCRIPT of Jury Trial - Volume Eight - held on 12/16/2013 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 125) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without |

redaction after 90 days. Redaction Request due 10/8/2014. Redacted Transcript Deadline set for 10/20/2014. Release of Transcript Restriction set for 12/16/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 09/17/2014)

| 09/17/2014 | 334 | TRANSCRIPT of Jury Trial - Jury Deliberating (Questions) held on 12/17/2013 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 9) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/8/2014. Redacted Transcript Deadline set for 10/20/2014. Release of Transcript Restriction set for 12/16/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 09/17/2014) |
|---|---|---|
| 09/18/2014 | 335 | TRANSCRIPT of Jury Trial - Jury Questions, Testimony played for the Jury, Jury Verdicts held on 12-18-2013 as to Timothy Ivory Carpenter, Timothy Michael Sanders. (Court Reporter/Transcriber: Marie Metcalf) (Number of Pages: 38) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/9/2014. Redacted Transcript Deadline set for 10/20/2014. Release of Transcript Restriction set for 12/17/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 09/18/2014) |
| 09/22/2014 | 342 | TRANSCRIPT of Sentencing Hearing held on 06/11/2014 as to Timothy Michael Sanders. (Court Reporter/Transcriber: Marie |

22

Metcalf) (Number of Pages: 30) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter/Transcriber a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 10/14/2014. Redacted Transcript Deadline set for 10/23/2014. Release of Transcript Restriction set for 12/22/2014. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Metcalf, M) (Entered: 09/22/2014)

## PACER Service Center

### Transaction Receipt

| 03/02/2015 12:59:37 | | | |
|---|---|---|---|
| **PACER Login:** | ca1660:2859727:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:12-cr-20218-SFC-MKM |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |

FEDERAL BUREAU OF INVESTIGATION
CELLULAR ANALYSIS SURVEY TEAM



# Cellular Analysis

## (313) 579-8507
## (313) 412-6845

SA Christopher J. Hess
Detroit Division
Detroit Major Crimes Task Force

281R-DE-105923

November 5, 2013



PENGAD 800-631-6989

GOVERNMENT
EXHIBIT
51

24

# INVESTIGATIVE INFORMATION

*CASE FACTS:* Special Agent Vicente Ruiz, Federal Bureau of Investigation, Detroit Division, investigated a case involving multiple armed robberies dating back to 2010. The robberies occurred in the Detroit metropolitan area as well as Warren, Ohio. Investigators linked cellular telephone number (313) 579-8507 to Timothy Sanders (Target Cell Phone 1) and (313) 412-6845 to Timothy Carpenter (Target Telephone 2).

# REQUESTING INFORMATION

*PURPOSE OF ANALYSIS:* SA Ruiz requested cell site analysis of the target phones to determine the geographic area where the target phones were located in relation to incident date(s) and time(s).

## TARGET CELL PHONE 1 INFORMATION

*SERVICE PROVIDER:* T-Mobile

*SUBSCRIBER INFORMATION:* N/A

*TYPE OF RECORDS BEING ANALYZED:* Call Detail Records (CDRs)

*SOURCE FROM WHICH RECORDS ACQUIRED:* SA Vicente Ruiz furnished an electronic copy of records associated with Target Phone 1.

*DATE & TIME RANGE USED FOR ANAYLSIS:*

03/04/2011, 2:52 p.m.

26

## TARGET CELL PHONE 2 INFORMATION

*SERVICE PROVIDER:* Metro PCS

*SUBSCRIBER INFORMATION:* Michael Mayers

*TYPE OF RECORDS BEING ANALYZED:* Call Detail Records (CDRs)

*SOURCE FROM WHICH RECORDS ACQUIRED:* SA Vicente Ruiz furnished an electronic copy of records associated with Target Phone 2.

*DATE & TIME RANGE USED FOR ANAYLSIS:*

12/13/2010, 10:35 a.m.

12/18/2010, 4:50 p.m.

03/04/2011, 2:52 p.m.

04/05/2011, 2:40 p.m.

4

## BASIC PRINCIPALS UTILIZED IN RECORD ANALYSIS

### TECHNOLOGY

Cell phones are RADIOS that use RADIO FREQUENCIES to communicate. Some additional facts:

- Cell phones (when "on") constantly scan their environment looking for the best signal.
- The best signal generally comes from the tower that is CLOSEST to the phone, or in its direct LINE OF SIGHT.
- The tower with the best signal is the one the handset will use for service, this is the serving cell and will be used to make and receive calls.
- The phone will use the serving cell to make/receive calls.
- The phone "sees" other towers around the SERVING CELL and will constantly measure those signal strengths. However the phone will not randomly reselect to an adjacent tower unless the tower is on its "neighbor list" which is controlled by the network service provider. This allows the network to accurately manage and control the subscribers.
- As the phone moves, it will choose a new serving cell based on signal strength and neighbor list. If this occurs while the phone is in a call, the phone will "handoff" the call to the next cell site/sector. Therefore some service providers, such as SPRINT and AT&T, show a "beginning cell site" (call originated) and an "ending cell site" (call ended) in their records.

### CELL SITES AND SECTORS

Cell towers (also known as CELL SITES or BASE TRANSCEIVER STATIONS) come in all shapes and sizes and can be located anywhere (church steeples, water towers, sides of buildings, etc.).

- A typical cell tower has THREE, 120° sectors. The service provider sometimes labels the sectors numerically, such as 1, 2, 3, or ALPHA, BETA, GAMMA. Sector 1 (or Alpha) typically covers the NORTHERN sector of the tower, 2 (EAST), 3 (WEST).
- It is important to note that each BTS has its own unique identifier; this identifier is used to track which towers the handsets use and is like a fingerprint on the network. It is not duplicated anywhere else.
- The location of a cell tower is often determined by sales/marketing, capacity, improvement of coverage, or expansion/growth of a service provider. Generally there are more towers with overlapping coverage in urban areas; less towers (less coverage) in rural areas.
- Antennas on cell towers have downward tilt and are pointed towards the earth. The antenna arrays are fine tuned to provide a specific area of coverage. As RF travels away from the tower, their strength (and

distance) diminishes. A good illustration of this principle is to think of a cell tower and the area that it covers as an upside down funnel.

## Cellular Phone Record Analysis of (313) 579-8507

Date Range: 03/04/2011, 2:52 p.m.

### ANALYSIS (313) 579-8507 (Target Telephone 1)

A review of the Call Detail Records (CDRs) revealed that there was call activity during the period covered by the records. The analysis was focused on the specific date and time referenced above. The CDRs contained the cell sites associated with each call event. The cell sites identified on the call detail records were compared to T-Mobile tower records. The tower records were imported to Microsoft MapPoint to visually depict the locations of towers within the T-Mobile network in the Detroit and Ohio markets. The cell sites identified on the CDRs were then plotted utilizing the corresponding tower records.

As a result, during the specified date, cell sites that were utilized by Target Telephone 1 were concentrated within the Warren, Ohio area. Analysis of the specified time period yielded the following results:

03/04/2011: A call was initiated at 2:20 PM. The duration of the call activity was over 31 minutes. The call originated and terminated on cell site 8499 5703 located in the geographic area consistent with the robbery scene at 2553 Parkman, Warren, Ohio.

A.

A representation of this analysis can be seen in the attached Microsoft PowerPoint presentation labeled Attachment

29

# Cellular Phone Record Analysis of (313) 412-6845

Date Range: 12/13/2010, 10:35 a.m.; 12/18/2010, 4:50 p.m.; 03/04/2011, 2:52 p.m.; 04/05/2011, 2:40 p.m.

## ANALYSIS (313) 412-6845 (Target Telephone 2)

A review of the Call Detail Records (CDRs) revealed that there was call activity during the period covered by the records. The analysis was focused on the specific dates and times referenced above. The CDRs contained the cell sites associated with each call event. The cell sites identified on the call detail records were compared to the tower records furnished by Metro PCS. The tower records were imported to Microsoft MapPoint to visually depict the locations of towers within the Metro PCS network in the Detroit Metropolitan Area. On 03/04/2011, Target Telephone 2 was located outside of the Metro PCS market and roaming on the Sprint PCS network in Ohio. Sprint PCS tower records in the Ohio market were imported to Microsoft MapPoint as well. The cell sites identified on the CDRs were then plotted utilizing the corresponding tower records.

As a result, cell sites that were utilized by Target Telephone 2 were in the Detroit, Michigan and Warren, Ohio. On Analysis of the specified time periods yielded the following results:

12/13/2010, 10:35 a.m.: Call activity immediately prior to the reported time of the robbery utilized tower 127, sector 1 and sector 2. The tower is located southwest of the robbery scene. The next call originated on an adjacent tower north of the robbery scene.

12/18/2010, 4:50 p.m.: Call activity in and around the time of the robbery incident utilized tower 173 and tower 188. The towers are located south of the robbery scene.

03/04/2011, 2:52 p.m.: Call activity before and after the robbery utilized tower 208 293 on the Sprint network. The tower is located south of the robbery location.

04/05/2011, 2:40 p.m.: Call activity prior to the robbery incident utilized tower 502 and tower 170. Tower 502 is located south of the robbery scene.

A representation of this analysis can be seen in the attached Microsoft PowerPoint presentation labeled Attachment B.

## CONCLUSION

*LOCATION OF TARGET CELL PHONE:* Based upon my training, experience, and analysis, it is determined that:

Target Telephone 1 utilized cell sites in the geographic area consistent with the robbery scene located at 2553 Parkman, Warren, Ohio on March 4, 2011.

Target Telephone 2 utilized cell sites in the geographic area consistent with the robbery scenes on December 13 and 18, 2010, as well as March 4, 2011, and April 5, 2011.

ATTACHMENT A

ATTACHMENT B

55

33

# Target Number (313) 579-8507
## March 4, 2011, 2:52 p.m.

### Voice Detail

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | Msisdn | Direction | Tcseizure Date | First Cell | Last Cell | Calling | Called Number | First Lac | Last Lac | Duration | Duration(Minutes) |
| 3 | 7738 | 13135798507 | MTC | 3/4/2011 14:20 | 5703 | 5703 | 12486592168 | 13135798507 | 8499 | 8499 | 1,907 | 31.78 |
| 4 | 7739 | 13135798507 | MTC | 3/4/2011 15:12 | 5703 | 5709 | 13138720179 | 13135798507 | 8499 | 8499 | 32 | 0.53 |

NorthAmerica    UnitedStates    Ohio    Warren

- Call activity was initiated at 14:20 (2:20 p.m.) lasting over 31 minutes.
- The activity originated and terminated on cell site 8499 5703.



34

# Target Number (313) 412-6845

## December 13, 2010, 10:35 a.m.

Search Number: 3134126845 Search Dates: 12/1/2010 - 5/10/2011

| | Date | Time | Durati | Dir | Dialed Numb | Dest Numb | Start | Special Feature | CallerID | Swit | Sect | Trow | Swit | Sect | Trow |
|---|------|------|--------|-----|-------------|-----------|-------|-----------------|----------|------|------|------|------|------|------|
| 1233 | 12/13/2010 | 10:24:44 | 3:56 | Incoming Call | | 3134126845 | Answered None | | 3134249573 | Detroit1 | 1 | 127 | | 2 | 127 |
| 1234 | 12/13/2010 | 10:31:18 | 8:25 | Outgoing Call | 3134249573 | 3134249573 | Answered None | | 3134249573 | Detroit1 | 3 | 145 | | 1 | 164 |

• At 10:24 a.m., a call nearly 4 minutes in duration originated on tower 127, sector 1 and terminated on sector 2. The tower is located southwest of the robbery scene.

• At 10:31 a.m., a call over 8 minutes in duration originated on tower 145 sector 3 and terminated on tower 164, sector 1. Tower 145 is located northeast of the robbery scene and tower 164 is located near I-94.

2

# Target Number (313) 412-6845

## December 18, 2010, 4:50 p.m.

Search Number: 3134126845  Search Dates: 12/1/2010 - 5/10/2011

| | | Date | Time | Durati | DIR | Dialed Numb | Best Numb | State | Special Features | CallerID | | Swit | Sect | Tow | Swit | Sect | Tow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1741 | | 12/18/2010 | 16:46:13 | 0:24 | Outgoing Call | 3137785459 | 3137785459 | Answered | None | | | Detroit1 | 1 | 173 | Detroit1 | 4 | 188 |
| 1742 | | 12/18/2010 | 16:53:31 | 0:35 | Outgoing Call | 3137785459 | 3137785459 | Answered | None | | | Detroit1 | 1 | 188 | | 1 | 188 |

- At 4:46 p.m., a call originated on tower 173, sector 1 and terminated on tower 188 sector 4. Both towers are located south of the robbery scene.
- At 4:53 p.m., a call originated and terminated on tower 188 sector 1 and terminated on tower 164, sector 1.

3

# Target Number (313) 412-6845

## March 4, 2011, 2:52 p.m.



- Call activity at 2:12 p.m. and 3:20 p.m. originated and terminated on tower 208 293.
- Repoll 208 is in the Ohio market and cell site 293 is located south of the robbery scene.

4

## CERTIFICATION

This is to certify that all documents included in Appellant's Appendix are copies of documents properly made part of the record before the district court.

LAW OFFICE OF S. ALLEN EARLY

_____/s/ S. Allen Early_____
S. ALLEN EARLY (P13077)
Attorney for Defendant-Appellant
65 Cadillac Square, Suite 2810
Detroit, Michigan 48226
(313) 962-2320

Dated: March 2, 2015

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appendix, was

served via CM/ECF, this 2nd day of March, 2015, upon all counsel of record.

_____/s/ S. Allen Early_____
Counsel for Defendant-Appellant

Dated:  March 2, 2015