UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: _____14-1572_____

Case Name: United States of America vs. Timothy Ivory Carpenter

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

☐ Appellant    ☐ Petitioner    ☒ Amicus Curiae    ☐ Criminal Justice Act
☐ Appellee     ☐ Respondent    ☐ Intervenor         (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.   ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

Name: Michael Price                  Admitted: March 5, 2015
                                     (Sixth Circuit admission date only)
Signature: _[signature]_

Firm Name: Brennan Center for Justice

Business Address: 161 Avenue of the Americas

Suite: 12th Floor      City/State/Zip: New York, NY 10013

Telephone Number (Area Code): (646) 292-8335

Email Address: michael.price@nyu.edu

---

**CERTIFICATE OF SERVICE**

I certify that on March 9, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ _[signature]_

---